In the U.S. District court of middle Georgia
macon

Daniel Eric Cobb
pro se petitioner

v.

The BROWN school,
a private mental institution
in san marcos texas center for
children (and)
The city of san marcos texas
(4) (2) defendants

(M)
# 5:14-CV-346

2241 habeas corpus

By Daniel Cantrell
pro se petitioner
today is 9-29-14

28 U.S.C. 1332 Diversity Jurisdiction on a 2241 pre convict habeas corpus for 2014 and 2013 and 2012 and 1993 and 1991 illegal acts still effecting me today

claim (1) in about 1991 when I was a minor I was illegally kidnapped by a private transport company by my mom paying him to take me from Georgia, to san marcos texas private mental institution for children only, without any Georgia or texas court order, without me accused of any crime in either texas or Georgia, without my consent (2) I was held in that texas mental ward for about 2 years against my will, I was enjected with numerous different very powerfull anti-pyschotic medicine against my will, I was never given any court appointed attorney, I was never given chance to challenge extradiction to texas my mom mainly wanted a way to get rid of a kid without getting abandonment or murder charges and my mom did not want to have to visit me and my mom did not want to have to pay child support, so

Claims pg 1

she illegally put me in mental ward, no investigation of any of this was ever done, I was never given any credit for those 2 years towards any of my incarcerations after that, I was never convicted of any Texas crime or any Georgia crime arisen from this, I'm still suffering today in 2014 from that illegal treatment, so this is on time, I never heard voices in my life, I never saw things that wasn't there in my life, so no real probable cause existed to bring me to Texas, no detainer was ever obtained by Texas from Texas, no detainer was ever obtained by Texas from Georgia, government failed to protect my rights, I was never compensated, mental ward received millions of dollars for this from my parents insurance, this made up Diagnoses simply to get Rich.

(3) In about fall of 1992 while I was held illegally in Texas abovementioned mental ward, I was a virgin, yet I was illegally arrested by mental ward saying I grabed a adult womens butt one time, arrest was illegal since I was accused of doing crime which I was illegally held in Texas mental ward in 1st place, and I was on over 3,000 milligrams daily of anti-psycotic meds, all supposedly due to me having body jerks such as my hands jumping out and my feet kicking out against my own will, which is now believed by some to caused by medicine, and due to my brain having seizures, but not my body, as their MRI brain scan machine they said barely showed and only showed sometimes and only showed if they looked real hard, when I was born normal, I got age 5 a fever of 108 F. that stayed that high for 2 weeks which resulted in actual

physical damage to my brain, but I've been in 19 different prisons for past 10 years straight now and 3 other county jails too all without being on any medicine, without any diagnosis, without being on mental health caseload, without being recommended for any mental health either, without any tourette syndrome body jerks, without any temperal lobe seizures, so that proves the brain school mental ward lied to criminal impulses me there, I never was convicted of any texas crime for this texas 1992 arrest, I was held in texas mental ward after texas arrest, I did not know I was on bond

(4) about march 93 or christmas next 92 or so my mom and stepdad illegally kidnapped me again from texas, by signing me out of texas mental ward after I ~~scribbled~~ became adult supposedly against doctors advise, and was extradited back to Georgia without any court appointed attorney, without any hearings to challenge extradition, without any court order, against my will, as I wanted to go to tennessee, so I was dragged again and my parents brought me back to Georgia via mental ward let them, mental ward never told court I was being released, my parents never told me they were jumping my bond, but I was told by my parents that the District attorney said if I left texas they would drop charges,

## Claims pg 4

(5) in about Feb 2001 I was driving a u-haul thru texas from my 18 wheeler semi driving job wreck site in colorado, since Rental cars were not available in 13,000 elevation area of Silverton colorado, when in amarillo texas a cop pulled me over for supposedly doing 5 mph over speed limit but I never got any ticket, since after he arrested me for criminal warrant pending from 92 texas mental adult stuff grabbing charge, he told me they always pull over uhauls as its a big drug trafficker vehicle mexicans use, so no probable cause to pull me over existed, and I was held without any amarillo texas attorney at all given me, that warrant was 9 years old, but I was held in texas amarillo Jail for 10 days, then I was held 24/7 in chains on a private extradition bus for several days forced to sleep that way, then I was held in either San marcos texas or San antonio Jail for days without given any paperwork, no attorney was given me in San marcos or in San antonio, then I was freed from Jail without telling why, without given any release papers, with same dirty clothes to wear, while my uhaul was 450 mph away, no way knowing where I was, so I had to walk to gas station and ask her for yellow pgs, none available, asked to use phone to call texi, no phone working, so I ask they where is Greyhound bus station, luckily it was straight up road only a couple miles, so I went to Georgia get my car, drove to house of a uhaus employee to pick up my stuff out of uhaus and drove back to Georgia

Claims, pg 5

6) In about March 2005 I was at Wilcox State Prison in Georgia serving a Cobb county 2003 Georgia sentence when Wilcox prison presented me without obtaining detainer, but which I'm at Wilcox Jail having bond hearing and being arrested I'm told for 1st time in my life that N.C.I.C. had a bail jumping charge on me from Texas, but no exist, but it effected my Georgia bail costs

7) As of right now 9-29-14 Texas has still not got a Texas detainer to prosecute me on Texas crime of 1992

8) As of right now 9-29-14 Texas has still not got a Texas detainer to bring me to Texas mental illness as they 6 caught me in 1991

9) As of right now 9-29-14 Texas has still not got Texas detainer to bring me back to Georgia in 92 or 93

10) As of right now 9-29-14 Texas has still not got a Georgia detainer to bring me to Georgia in 1992 or 93

11) As of right now 9-29-14 Texas has still not got a Georgia detainer to have me prosecuted on my 2001 Georgia arrest, so my current Georgia imprisonment is illegal, as Texas is still supposed to have jurisdiction of me.

12) As of right now 9-29-14 Texas has still not got a Georgia detainer to have me prosecuted on my 2005 Wilcox arrest, so my current Georgia incarceration

<u>Claims p56</u>

12 continued: is illegal, as Texas is still supposed to have Jurisdiction over

(13) as of Right now 9-29-14 Texas has still not got a Georgia detainer to have me prosecuted on my current Baldwin state prison criminal indictment now pending against me, so my current Baldwin charges are illegal, since I'm supposed to still be in Texas court Jurisdiction

(14) as of Right now 9-29-14 Texas has still not got a Georgia detainer to have me prosecuted on my Cobb county Georgia 1997 Sept 4 R arrest in misdemeanor case, so these 98 convictions are null and void including probation violations

(15) as of Right now 9-29-14 Texas has still not got a Georgia detainer to have me prosecuted on either 1994 or 1993 felonys in Cobb county Georgia that Resulted in 1993 probation of 5 years that was terminated as if It never was as 1994 Georgia order said, but 1994 order changing probation to 4 years to 94 to 98 is also illegal again due to Texas never getting Georgia detainer, so my Record is now still falsified and any Records still illegal use to punish me, so by law I'm not legally convicted of any Georgia crime at all, so by law I can't challenge legal convictions, but can challenge illegal imprisonment that was caused by the detainer act violated by Texas,

Claims pg 7

16) So as of Right now 9/29/14 Texas has still not got a Georgia detainer [scribbled] prosecute me on current pending criminal warrants my ex has taken out on me and/or government fell out on me or my mom fell out on me or whoever fell my out from 2001 July 15th thru each year to now 2014 Sept 29, especially 2011 and 2013, so charges in Georgia are null and void

17) So as of Right now 9/29/14 Texas has still not got a Georgia detainer to prosecute me on current pending criminal charges in Cherokee county Georgia my ex fell out warrants on me, so charges in Georgia are null and void

18) all claims in master list pg of this petition, see it

19) Texas failure to pay me exoneration pay

20) Texas failure to fix illegal acts Texas committed by Texas not bringing me back to Texas in 2014 and release me from all in concentration in Texas

21) denying me choice of counsel by Texas not paying me in prison in Texas mental wards and not in Georgia either as Texas law requires,

22) Texas prejudiceness against people supposedly mental health by not criminally prosecuting as parents and brown school offenders for their illegal acts described in this suit, a violation of americans with disability act when indeed Russell could be taken out

23) all other obvious His constitutional Rights violations described in this suit separately, that not already listed

Claims p.8

24) Denial f access to 2241 pre-conviction habeas Texas superior court equivalent by not Texas answering my 2241 habeas I sent their state circuit court many months ago, or any letters thereafter, as postage indigent postage requests/receipts prove.

25) Denial access to 2241 pre-conviction habeas Texas courts by Texas not supplying indigent Georgia prisoners a indigent means of getting Texas courts addresses, as Georgia Prisons Law Librarys don't have Texas courts addresses, so I've been denied from filing that for 13 years now.

26) Denial access to 2241 pre-conviction habeas Texas courts by Texas not supplying me indigent means of obtaining Texas law while I'm in Georgia Prisons, since Georgia Law Librarys don't have Texas laws at all.

27) Violating/denying has constitutional right to happiness by illegal incarceration @ in fellus mythful ways

28) Violating/denying natural born sovereign rights that I never waived myself but that Texas never protected by Texas failure to restore my natural born sovereign rights as of 9-29-14 and as of 1972, as per uniform commercial code 3-419 and House Joint Resolution 192 of June 5, 1933 regarding all claims in proper suit

29) U.S. supreme state created danger theory law violation for all in pursuit

Claims p.4

(30) U.S. Supreme Special Relationship Theory law violation for all in this suit

(31) U.S. Supreme Substantive Due Process theory law violation for all in this suit

(32) Fundamental miscarriage of Justice violation

(33) Ineffective assistance appeal, for no attorney at all as of right now 9-29-14 being given me to appeal Texas 93 illegal extradition of me to Georgia without detainer

(34) Ineffective assistance of counsel for Texas attorney failure to bring up all 40 plus of my charges in this suit, by no attorney at all given me from 9-29 to now on any of this

(35) Texas violating my privacy rights by Texas not stopping Georgia using my Texas mental never Juvenile toodaltt stay against me in Georgia Jeep arrest criminal case to influence D.A. and Judge to put me in prison out of fear of what they don't understand, my mental Health Record from Texas

(36) Texas violating my constitutional Right to pnvacy as described in U.S. supreme case on Lemuel Penn

(37) Suppression of favorable evidence by Texas not bringing up any issues in this suit before now 93 funux

(39) Texas not supplying me with child support from wifes divorce proceedings of 9-29-14 for my 2 year stay in Texas mental ward, is denying me choice of counsel now

<u>master list of claims</u>

1) ineffective assistance of counsel by no attorney given me at all on 91 extradition to texas and on 93 extradition from texas and on 2001 texas arrests in amarillo and in San Marcos and (now in Delk on texas detainer act) and on 92 texas criminal case

2) false imprisonment in violation of due process and constitution by holding me in mental wards in texas for 2 years and 6 months in 2001 and now

3) illegal extradition to texas in 91 and to Georgia in 93

4) my not given Rifle or scattergun or horse upon each of my releases from incarcerations as Law still requires, so to take away money as horses and guns

5) illegal arrest in texas 92 comes up in 2001 texas

6) illegal coercion done by illegally injecting me in texas mental ward

7) my not given credit for use of 2 years I spent in texas mental ward

8) illegal bail jumping done on me for one without any knowing in texas in 93 and the effect of me in 05 and in Georgia

9) detainer act violations in 91 & 93, in texas and again by texas not getting detainer in 2001, 93 again, 94, 97 Sept, 2001, 2005, 2011, 2012, 2014 etcetera from Georgia

10) texas not bringing up my so called mental health Record in Georgia does will at criminal trial areas at all

11) texas failure to protect my citizens Rights as declaration of independence of 1776 year paragraph 1 or 2 sense government was made for sole purpose of protecting my Rights,
but government has not compensated me, so that is not protecting my property rights / financial Rights etete (see press)

Lawsuit relys on p.3 & 2 pgs

① 18. U.S.C. app. Article I (ques # 7) Section IX 1956 interstate agreement on detainers

② O.C.G.A. 42-6-1 thru 42-6-20 detainers

③ Coleman vs Thompson 501 U.S. 722, 750, 115, L. Ed. 2d 640 (1991) by claiming ineffective assistance of counsel, state excuses all procedural bars on habeas's

④ declaration of Independence of 1776 phrase says government was made for sole purpose of protecting citizens Rights neither paragraph 1 or 2

⑤ declaration of Independence of 1776 phrase says my Rights are Inalienable neither paragraphs 1 or 2

⑥ declaration of Independence of 1776 phrase says, (no new law, Rule, precedure) may interfer with my pro U.S. constitutional Rights nor any new Law Rule procedure that does is a null and void new law

⑦ declaration of Independence of 1776 Right to Liberty

⑧ U.S. constitutional Right to happiness

⑨ U.S. constitutional Right to choose counsel

⑩ Right to challenge ex post facto

⑪ criminal Kidnapping laws federal and state texas and Georgia such as O.C.G.A. 16-5-41

⑫ U.S. supreme state created danger theory law

⑬ Antiterrorism and effective death penalty act of 1996 in 28 U.S.C. 2244 (d)(1)(B) says 1 year to file habeas starts days state illegal interference stops, such as state not giving me address to sue in texas for last 13 years, such as state not allowing habeas filed unless I'm incarcerated and I've been in prison 13 plus straight years now so this is on time

⑭ U.S. supreme substantive due process theory law

⑮ U.S. supreme special Relationship theory law

Laws I'm Relying on PSD

(16) Penthouse Int'l Ltd. v. McAuliffe 454 F. Supp. 289 (N.D. Ga. 1978) mootness don't apply to civil suits which can't be properly litigated prior to cessation or expiration

(17) United States v. Lichenstein 5th circuit 1980 selective prosecution can violate a persons rights

(18) Murray v. Carrier 477 U.S. 478 106. S. Ct 2678, 91 L. Ed. 2d 397 1986 fundamental miscarriage of justice proven both prongs of ineffective assistance of counsel

(19) ineffective assistance of counsel pre trial

(20) ineffective assistance of appeal counsel

(21) ineffective assistance of trial counsel in Texas

(22) U.S. Supreme Court cases per Right to Travel as a constitutional Right

(23) Skinner v. Uphoff 234 F. Supp 2d 1208 D. Wyo. doc's defacto policy of failing to investigate assaults constitutes deliberate indifference which is a violation of persons U.S. constitutional Right to equal protection of law. Such as FBI City of Savannah and Texas police can Georgia Police not investigating my illegal kidnapping to and from Texas any at Brunswick

(24) Duckworth v Serrano 1987 U.S. exception to state exhaustion law, when no viable remedy exists, such as now

(25) any law against me is equivalent to a government immunity but, U.S. Supreme DeShaney v. Winnebago County Social Services 489 U.S. 189 (1989) said verbatim → a jury should be ones to Resolve if government has immunity or not to civil suits, not a court

Laws for relying on p. 3

(26) Gaither v. Gibby attorneys not to bring up necessary issues at trial level on appeal is both cause and prejudice.

(27) Texas is suppressing these issues as Reyes favorable to me by fed. is not bringing it up as to new

D'Antignac v. U.S. 450 U.S. 967,101 S. ct. 1485, 67 L. Ed. 617 (1981) suppression of favorable evidence violation of 5R amendment

(28) Declaration of Independence of 1776 of 13 states paragraph 2 Right of individual citizen to decide as a individual to bear arms against despotic american government.

This includes governments despotic laws such as all procedures, Rules, immunity, statutes that allow gov't to get away with all things in this suit without punishment or restraint me being compensated.

(29) a coincides w/ US constitutional Rights that are same as declaration of Independence 1776

(30) all other laws not mentioned already to apply by courts my claims in this suit

Relief I, suit pg 7 of 13

1) defendants act abided by this Georgia court ordering me extradicted back into Texas and once there me to be freed from courthouse in Texas and all Georgia orders to bring me back to Georgia to be ignored by Texas orders.

2) a Rifle with plenty bullets and scope and carry strap and all else needed for Rifle to work properly given me for every time I was released from any Jail or prison Texas and Georgia since my 1991 Texas extradiction to Texas to new includes Fulton county 2014 DISMISTER criminal contro and same goes for scattergun any bullets and carry strap and same goes for horse any tac and saddle and all else horse needs, (meaning numerous Rifles, numerous scattergus, numerous horses) preferably a tracking point precision guided Rifle that a person that don't know how to shoot can Just point at bullseye in scope and pull trigger and it hits every time miles away and up close, and preferably a 4 year old female 16 1/2 hands trained for traveling next to freeway, breedable, gentle, smart, healthy, no health history problems, can jump fences easy, mostly not pregnant, pure blood, broken in already, long in endurance, given time, with 1 of each waiting on me outside of Texas court, with western saddle (Yes I can Ride english but its been 13 years) I Rode at age 5 1st time and it was not a pony

3) only all legally allowed on a 2241/ Texas federal Habeas out fall Desk for, (meaning if same say relief any or any of a 2241 habeas, then don't give it to me)

4) don't construe as a 1983

5) un-purge my drivers license record

6) Renew my drivers license without me taken any new test at all ever

Relief List pg 2

7) one hundred and fifty thousand pro/se attorney fees for me having to file this

8) all lump sum

9) all taxes free

10) court appointed appeals attorney to keep my case once I win this

11) order all by Georgia court order

12) order all by texas court order

13) null and void all my convictions after my 1992/1993 coming back to Georgia from texas, in Georgia, includes cobb county 94 probation felony and 98 cobb county misdemeanors and 03 cobb county felonies and 05 cobb county DUI/cor felonies and all criminal pending charges anywhere taken out by anyone in Georgia, state wide to be nulled and voided to, from 93 coming to Georgia from texas then to new 2014 sept

14) give me copy all in cor. center facility. here, here too since 1993 to now. Records Sinc, electronic, cell cameras, hard drives, camcorders Records, desktop internal computer Records, external website Records, paper Records

15) max enceration pay legal by texas law for all desert spent in cor ceration in texas mental wards, in texas jails, in Georgia jails, in Georgia prisons since 1991 then twice

16) defendants to pay all court fees

17) defendants to pay their own attorneys fees

18) all court can't do, for court to do defendants in this suit to do

19) no financing, all paid in full

20) Restore all my political Rights

21) Restore all my civil Rights

22) Restore all my Rights to bear arms

23) Do all to make me sovereign

24) once I'm sovereign wait 15 days then do all to enforce my sovereign Rights

25) enforce all
26) sealing mental health records
27) all permanent
28) all nationwide
29) all states and federal and counties and cities agencies to abide by these all relieves nationwide
30) concealed weapons permit
31) exemption so I don't have to take my weapons off me while I'm in any vehicle, (but exemption don't include commercial air crafts only)
32) travel weapons permit
33) open weapons carry permit
34) seal all my medical records
35) seal all include from publics on all judgements eyesight and we
36) Return all my DNA to me
37) after I'm given up of all my governments records ever, for governments to erase all on me, arrests I was not convicted of, and accusations citizens tell upon me civil/criminal, and my footprints, and my fingerprints and dental records and my face and my voice, and optical records etcetera)
38) Seal all my criminal records
39) Seal all my civil records
40) copy sell I ever filed and all courts ordered and all anyone else filed on/to and government on all civil suits I and they ever filed suits upon
41) a gag order putting um, on my sons and on, on my sons and husband, on my sons because husband family and friends, and all this
42) July 10, 2011 Cobb civil legitimation hearing (child support order suspension court to be cancelled) no newissued

43) me failure to be paid in full on any child support since my deal arrest to now

44) copy of every photo angle of me in full of my son, given to me

45) copy of all my sons medical records from everywhere since birth, given to me

46) copy of all my sons school records from everywhere since my sons birth, given to me

47) copy of all my medical records from everywhere since my birth

48) copy of all sick calls I turned in any/all responses from all incarcerated locations I've ever been in

49) max pay Texas pays prisoners, given me for every day Texas in Texas mental wards, jails, and in Georgia jails, prisons from 1991 then to now

50) my sons SSI card given to me

51) my sons birth certificate given to me

52) my sons most recent (Hegget) id card, given to me

53) my son made sovereign, after I am

54) my own sovereign property rights towards my son enforced 15 days after we are both sovereign

55) all laws on what I can't, can do, as sovereign given to me

56) my deal car that was impounded replaced by government drug dealer impounds can buy cheaper

57) all financial monies prisoners are allowed by any law that ain't ceased given to me

58) all now

59) all done by 4 people working per shift, 24/7 till done

60) do all as fastest humanly possible

61) all things none done before I'm made sovereign, but all done in my sovereign id # only after I'm made sovereign

62) 96,126 by declaration of independence of 1776 that says government was made for sole purpose of protecting citizens rights, by government voluntarily financially compensating me for every day I've been incarcerated anywhere since 1993 to now at that $1 million per year Texas already owes prisoners

63) coat, baseball cap, wallet, moneybelt, socks, belt, prescription glasses, shirts, sleeves, pants, shoes, briefs, all my choice, to be there for me to walk out of Texas courthouse and a suitcase

64) copy of all that I gotten courts orders given me to walk out of court with in folder

65) abide by law says government was made to protect my rights by arresting, prosecuting, imprisoning my mom for atleast 20 years before she is eligable for parole for kidnapping me, and my dad and stepdad

66) I want all the child support by law I was supposed to get from my mom and dad and stepdad while I was in Texas mental ward but never got, given to me now

67) abide by law says government was made to protect citizens rights, by government representing me and filing for me both a state tort and federal 1983 moneysuit in Texas and Georgia on all this against Groves school and against my parents, asking for their homes, cars furniture, moneys, etcetera, for free, with government paying all filing fees

68) Federal courts to order me to have excess to file suit for anything that happened in 2001 and 2010 prior to my arrest that I have not been able to sue for due to my 2001 thru 2014 illegal incarceration

69) my german passport and visa, my Russian passport and visa, my U.S. passport, my U.S. greencard I.D. card, my U.S. drivers license card, my Swiss passport and long term foreign visit visa, my sons U.S. passport, my sons Swiss passport and visa, type go null, my birth certificate, my S.S.I. card and any I.D. on me at Texas court to leave with

70) permit to ride horse on Roads

71) use my 2000 drivers license photo Stamp on all my new photo I.D.s

72) all hair on top of my head way on my forehead I lost due to illegal imprisonment replaced permantly when ever I want

73) all same reliefs regardless of how many defendants I win against

74) a/s same relief regardless of how many claims I win on
75) accept fact Texas will not let me file this in Texas
76) give me speedy trial in this suit
77) give me 12 person jury in this suit
78) max delay fees legal
79) max interest fees legal
80) max financial loss fees legal at $190,000 yearly since that is starting pay for truck driver that's guaranteed financing after 3 months as company driver to buy their own truck, since 400 puwld, lost at $35,000 yearly from 92 to 1999 while incarcerated somewhere only
81) max reputational damages
82) max mental anguish fees my not seeing/hearing my sip for last 13 plus years, no in person visit, no phone calls, no letters, no photos, no anything, and same for mental/nerd fees experience saying same for all else here
83) max emotional duress fees legal for all I'ssaid in 82 above
84) max physical abuse fees legal for all I said in 82 above
85) extend all orders to cover me in/foreign countries
86) International drivers license without me having to ever take any test, good in all Switzerland and all europe
87) changing prison sentences to time served, god done right now, no parole today, no more incarceration to do anywhere, if can't still any word convictions
88) $9,980 in U.S. cash in this folder cashable for offense in travelers checks at $/500 each denomination cashable anywhere cashable now
89) grant all this if defendants can't show fault prepare defense papers

## certificate of service

This is to certify that I have this day served opposen counsel prior to filing by me asking court to do it since I don't know their addresses to, and aspiron refuser to let my mail out to both Georgia AG and coast of rechisutts due to their postal rules, s. crserteful

The Brown School, a private childrens mental institution

san marcos, texas

(and) The city of san marcos, texas mayors office

san marcos, texas

(and) Texas atterney General

texas

(and) Georgia atterney General Dept of Law
40 capitol square s.w. atlanta Georgia 30334-1300

(and) my mom Karen Darlene Castleberry last known at 1909 Harmony Rd Powder springs Georgia 30127 cobb county

(and) my dad stepdad Ben Castleberry last known at                austell Rd
either marietta or austell city Georgia 30060 or 30001

This 29th day of Sept 2014 by Daniel Entwhistle
                              pro se petitioner